UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLEN DALE VERGARA,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C20-5955-MLP

ORDER

On June 14, 2021, this Court issued an Order to Show Cause (dkt. # 7) requesting Plaintiff to demonstrate why the Court should not dismiss the complaint in this matter for failure to prosecute. (Dkt. # 7). On June 18, 2021, Plaintiff filed his response. (Dkt. ## 8, 9.)

Plaintiff's response indicates that though service was effectuated on December 10, 2020, it was recently discovered Plaintiff mistakenly served the U.S. Attorney for Oregon, instead of Washington state. (Dkt. # 9 at ¶¶ 2-4.) Plaintiff has since contacted Defendant and Defendant has represented to Plaintiff that the transcript for this matter is ready and can be filed upon proper service. (*Id.* at ¶ 5.) Plaintiff has also re-sent service by certified mail. (*Id.* at ¶ 6.) Plaintiff therefore requests the deadline for service be extended to July 2, 2021, to obtain and submit

ORDER - 1

proof of service and that Defendant be allowed a reasonable time to file an answer thereafter. (*Id.* at ¶ 7.)

Under Rule 4(m), the Court may dismiss an action without prejudice if a plaintiff fails to effect proper service within 90 days of filing the complaint. Fed. R. Civ. P. 4(m). However, if Plaintiff shows good cause for the failure, the Court must extend the time for service for an appropriate period. *Id.*; *see Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007) ("District courts have broad discretion to extend time for service under Rule 4(m).").

Based on Plaintiff's Response to this Court's Order to Show Cause (dkt. # 8), and finding good cause, the Court hereby ORDERS that Plaintiff shall have until **July 6, 2021,** to effect proper service to Defendant and to file proof of service with the Court. Defendant shall have **sixty (60)** days from its receipt of service to file its Answer.

Dated this 21st day of June, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2